IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VIVEK KUMAR GUPTA,<br><br>                    Plaintiff,<br><br>vs.<br><br>LOREN K. MILLER, Director, U.S. Citizenship and Immigration Services, et al.,<br><br>                    Defendants. | 4:21-CV-3173<br><br>ORDER |

IT IS ORDERED:

1. The parties' stipulation (filing 11) is approved.

2. On or before March 21, 2022, the plaintiff shall file a notice of dismissal pursuant to Fed. R. Civ. P. 41(a).

3. Absent compliance with this order, this case may be dismissed without further notice.

4. The Clerk of the Court shall set a dismissal papers deadline of March 21, 2022.

Dated this 18th day of February, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge